**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09 CR 26-4**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| TRACY BERNARD GIBSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS CAUSE** coming on to be heard before the undersigned, pursuant to a " Motion to Continue Detention Hearing" (#163). In the motion to continue the detention hearing, the defendant requested the detention hearing be continued so that a necessary witness for the defendant can be present for the hearing. As a result, it appears that good cause has been shown for the granting of said motion.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the " Motion to Continue Detention Hearing" (#163) is hereby **ALLOWED.**

Signed: June 8, 2009

Dennis L. Howell
United States Magistrate Judge