# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:09-cr-00026-MR-4

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **TRACY BERNARD GIBSON.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals for resentencing. United States v. Gibson, No. 10-5118 (4th Cir. Jan. 14, 2013).

**IT IS, THEREFORE, ORDERED** that this matter is hereby scheduled for resentencing on **MARCH 20, 2013,** at the United States Courthouse in Asheville, North Carolina.

**IT IS FURTHER ORDERED** that the United States Marshal shall make arrangements to have the Defendant transported from his place of incarceration to the hearing and shall return him thereto after resentencing. The United States Marshal shall ensure that the Defendant arrives in this District prior to the hearing date in order that he may be afforded adequate opportunity to confer with counsel in preparation for the resentencing hearing.

The Clerk of Court is directed to provide a copy of this Order to counsel for the Defendant, counsel for the Government, the United States Marshal, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: February 11, 2013

Martin Reidinger
United States District Judge