THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:09-cr-00026-MR-4

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| **TRACY BERNARD GIBSON.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) [Doc. 463], filed June 28, 2012.

Subsequent to the filing of the Defendant's Motion, the Fourth Circuit Court of Appeals vacated the Defendant's sentence and remanded the case for resentencing in light of Dorsey v. United States, 567 U.S. __, 132 S.Ct. 2321, 183 L.Ed.2d 250 (2012). See United States v. Gibson, No. 10-5118 (4th Cir. Jan. 14, 2013). The Defendant was resentenced on March 20, 2013, and an Amended Judgment was entered on April 2, 2013. [Doc. 486]. As such, the Defendant's Motion has been rendered moot.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) [Doc. 463] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**   Signed: April 25, 2013

Martin Reidinger
United States District Judge